

FILED

06/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0251

Form 26

Name DAVID RAFES

8938 GOLD DUST

BOZEMAN MT 59715

City     State     Zip

PAUDRAFES @ GMAIL.com

[e-mail address]

PLANTIFF

[Designation of party]

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0251

[to be assigned by Clerk of Supreme Court]

DAVID RAFES ,

Appellant,

**MOTION FOR
EXTENSION OF TIME**

v.

JOSH McMILLAN ,

Appellee.

**FILED**

JUN 24 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

*[Use this form to ask the Court for more time to file a brief or other document.]*

I move the Court for 60 ~~30~~ days of additional time to:

☐ File an opening brief on appeal. *[M. R. App. P. 26]*



© Montana Supreme Court

MOTION FOR EXTENSION OF TIME
PAGE 1 OF 3

☐ File a response brief. *[M.R.App.P. 26]*

☑ File a **BRIEF**                    .

The current due date is ___SULY  7___, 20 __21__ .

THE FIRST

If this is ~~a second or subsequent~~ request for an extension of time, you must explain the reason the extension is needed. You must also state a good reason why you need the extension of time. *[Rule 26(2)]*

Briefly explain the reason you need additional time:

I NEED MORE TIME TO FIND LEGAL PRECEDENTS AND I HAVE ALREADY ASKED THE LAW LIBRARY WITH NO INFORMATION TO HELP.

PLEASE ALL EXTENTION OF 60 DAYS

I have contacted opposing counsel or _____who is not represented by counsel, and

*[Name of party representing himself or herself]*

☐ there is no objection to the motion.

☐ there is an objection to the motion.

*[M.R.App.P. 16, 26]*

☐ I am incarcerated and not required to contact opposing counsel.

DATED this __21__ day of ___JUNE___, 20 __21__ .

_____
*[Signature]*

_____
*[Print name]*

# CERTIFICATE OF SERVICE

I certify that I have filed this **Motion for Extension of Time** with the Clerk of the Montana Supreme Court and that I have mailed or hand delivered a copy to each attorney of record and any party not represented by counsel as follows:

JIM LIPPERT
_____
*[Name of opposing counsel]*

_____

PO BOX 1636  BIGTIMBER MT
_____     59011
*[Address]*

Counsel for JOSH MCMILLAN

_____
*[Other party representing himself or herself]*

_____
*[Address]*

DAVID RYFFES
_____
*[Name]*

DAVID RYFFES
_____
*[Print name]*



© Montana Supreme Court